# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,               )
   Plaintiff                        )  CRIMINAL NO. _____ 08mj1519 _____
             )
             )      ORDER
   vs.                             )
             )  RELEASING MATERIAL WITNESS
David Rodriguez                          )
             )
     Defendant(s)                )  Booking No.
_____ )

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Guadalupe Reyes-Negrete

DATED: _____ 5-15-08 _____

**CATHY ANN BENCIVENGO**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____     **OR**
      DUSM

          W. SAMUEL HAMRICK, JR. Clerk
          by _____
               Deputy Clerk