```
 1 │ KAREN P. HEWITT
   │ United States Attorney
 2 │ CHRISTOPHER P. TENORIO
   │ Assistant U.S. Attorney
 3 │ California State Bar No. 166022
   │ 880 Front Street, Room 6293
 4 │ San Diego, California 92101-8893
   │ Telephone: (619) 557-7843/(619) 557-7381 (Fax)
 5 │ Email: Christopher.Tenorio@usdoj.gov
   │
 6 │ Attorneys for Plaintiff
   │ United States of America
 7 │
 8 │                    UNITED STATES DISTRICT COURT
 9 │                  SOUTHERN DISTRICT OF CALIFORNIA
10 │ UNITED STATES OF AMERICA,    )  CRIMINAL CASE NO. 08CR1576-IEG
   │                              )  HON. IRMA E. GONZALEZ
11 │                   Plaintiff, )  COURTROOM 1
   │                              )
12 │       v.                     )  **NOTICE OF APPEARANCE**
   │                              )
13 │ DAVID RODRIGUEZ,             )
   │                              )
14 │                   Defendant. )
   │                              )
15 │
16 │ TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:
17 │    I, the undersigned attorney, enter my appearance as lead counsel
18 │ in the above-captioned case.  I certify that I am admitted to
19 │ practice in this court or authorized to practice under CivLR
20 │ 83.3.c.3-4.
21 │    Please call me if you have any questions about this notice.
22 │    DATED:   June 12, 2008
23 │                                   Respectfully submitted,
24 │                                   KAREN P. HEWITT
                                       United States Attorney
25 │
26 │                                    s/ Christopher P. Tenorio
                                       CHRISTOPHER P. TENORIO
27 │                                   Assistant U.S. Attorney
28 │
```

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08CR1576-IEG |
|---|---|---|
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| DAVID RODRIGUEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the defendant's attorney by electronically filing the foregoing with the Clerk of the District Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2008

s/ *Christopher P. Tenorio*
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney

2