**NANCY BRYN ROSENFELD**
Attorney at Law
California State Bar No. 99108
1168 Union Street, Suite 303
San Diego, CA 92101
Telephone (619) 234-3616

Attorney for Defendant
**DAVID RODRIGUEZ**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. IRMA E. GONZALEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08 cr 1576 IEG |
| Plaintiff, ) | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| v. ) | |
| DAVID RODRIGUEZ, ) | |
| Defendant. ) | |

    I, David Rodriguez, acknowledge that my next court date is October 14, 2008, at 2:00 p.m. before the Honorable Irma E. Gonzalez for sentencing.

Dated: 8-7-08

_____
DAVID RODRIGUEZ
Defendant