**NANCY BRYN ROSENFELD**
California State Bar # 99108
1168 Union Street, Suite 303
San Diego, California 92101
Telephone: (619) 234-3616

Attorney for Defendant
**DAVID RODRIGUEZ**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. IRMA E. GONZALEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>         Plaintiff,  )<br>            )<br>v.          )<br>            )<br>DAVID RODRIGUEZ   )<br>            )<br>         Defendant.    ) | Case No 08 cr 1576 IEG<br><br>**PROOF OF SERVICE** |

   1.   I am a citizen of the United States and a resident of the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1168 Union Street, Suite 303, San Diego, California 92101.

   2.   I served the within **ACKNOWLEDGMENT OF NEXT COURT DATE** by electronic filing to be transmitted by the Clerk to the United States Attorney's Office in compliance with ECF procedures.  CrimLR 49.1.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Executed this 11th day of August, 2008 at San Diego, California.

                              /s/Nancy Bryn Rosenfeld